IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESUS HERNANDEZ, et al., individually and on behalf of all others similarly situated, | : : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| ASHLEY FURNITURE INDUSTRIES, INC., et al., | : : | No. 10-5459 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **13th** day of **August**, **2012**, upon consideration of Defendant Joseph Murphy's Motion for Summary Judgment, Plaintiffs' response thereto, and Defendant's reply thereon, following oral argument on August 8, 2012, and for the reasons stated in the Court's Memorandum dated August 13, 2012, it is hereby **ORDERED** that:

1. The motion (Document No. 39) is **GRANTED**.

2. Judgment is entered in favor of Defendant Joseph Murphy only and against Plaintiffs on all counts.

BY THE COURT:

_____
**Berle M. Schiller, J.**