IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESUS HERNANDEZ, et al., individually and on behalf of all others similar situated, Plaintiffs, | CIVIL ACTION |
| v. | |
| ASHLEY FURNITURE INDUSTRIES, INC., et al., Defendants. | No. 10-5459 |

## ORDER

**AND NOW**, this **22nd** day of **May**, **2013**, upon consideration of Plaintiffs' Renewed Motion for Class Certification, Defendant's response thereto, Plaintiffs' reply thereon, and for the reasons stated in the Court's May 22, 2013 Memorandum, it is hereby **ORDERED** that the motion (Document No. 55) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**